**In re Darrel RIVIERE, Petitioner.**

**No. 11–2658.**

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
June 30, 2011.

Opinion filed: Aug. 4, 2011.

1. Watley's appeal of that decision is pending before this Court. *See* CA No. 11–2808.

Darrel Riviere, Salters, SC, pro se.

U.S. Atty SC, Office of United States Attorney, Christiansted, VI, for United States of America.

Before: RENDELL, FUENTES and SMITH, Circuit Judges.

OPINION

PER CURIAM.

Darrel Riviere petitions this Court for a writ of mandamus directing the District Court for the District of the Virgin Islands to comply with our order of November 22, 2010, in which we instructed the court to re-weigh the factors of Federal Rule of Appellate Procedure 4(a)(6) in determining whether to grant Riviere's motion to re-open his time to appeal. *See Riviere v. United States,* No. 10–3371 (order entered on Nov. 22, 2010). His petition emphasizes that a great deal of time has passed since his original notice of appeal and a substantial amount of time has elapsed since our November 2010 order.

Riviere filed his petition on June 18, 2011, and we received it on June 20. A mere two days later, the District Court issued a detailed order reweighing the Rule 4(a)(6) factors and granting Riviere's request to reopen the time to file his notice of appeal. As Riviere has now been given the entirety of the relief he asked us to compel, we will deny his petition for mandamus as moot.